1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Ben Wong
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )   Case No. 2:11-cr-00166-MCE
                                )
11        Plaintiff,            )   STIPULATION AND ORDER
                                )   CONTINUING SENTENCING
12    v.                        )
                                )   Date: February 28, 2013
13 BEN WONG, et al.,            )   Time: 9:00 a.m.
          Defendants            )   Judge: Hon. Morrison C. England
14 _____)

15

16 This matter is now set for Sentencing on February 28, 2013.

17 Because Counsel for Defendant Wong will be out of the country for

18 an extended period, the parties stipulate that sentencing be

19 continued to March 21, 2013, and request the Court so order.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                 1

   The Probation Officer has been informed of this request and has no objection to the new date.

Dated January 28, 2013

 /s/ Todd Leras                         /s/ J Toney

   TODD LERAS                          J TONEY

Assistant U.S. Attorney              Attorney for Defendant


**ORDER**


   IT IS SO ORDERED.


DATED: February 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2