```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>                                    )<br>     v.                             )<br>                                    )<br> BEN GIA WONG,                       )<br>                                    )<br>          Defendant.                )<br>                                    )<br>                                    )<br>                                    )<br>_____) | CR. S-11-0166 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br>HEARING<br><br><br>DATE:  April 4, 2013<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison C. England,<br>       Jr. |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney J. Toney, Counsel for Defendant Ben Gia Wong, that the sentencing hearing date of March 28, 2013, be continued to April 4, 2013, at 9:00 a.m.

   The request to continue the sentencing hearing is made on the ground that the parties require additional time to develop and present pertinent information bearing upon defendant's sentence.  Defendant has previously entered a guilty plea. Continuing the sentencing hearing therefore has no bearing on

1 | time considerations under the Speedy Trial Act.  The parties have
2 | consulted with the United States Probation Office to confirm that
3 | the requested date is acceptable to that office.
4 |      J. Toney agrees to this request and has authorized Assistant
5 | United States Attorney Todd D. Leras to sign this stipulation on
6 | his behalf.

DATED: March 20, 2013          By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: March 20, 2013          By: /s/ Todd D. Leras for
                                   J. TONEY
                                   Attorney for Defendant
                                   BEN GIA WONG

**ORDER**

The sentencing hearing for Defendant Ben Gia Wong set for March 28, 2013, is continued to April 4, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Date:  March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE